AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

WILLIAM JAMES GARDNER,

     Petitioner,           JUDGMENT IN A CIVIL CASE
V.

                                  CASE NUMBER: **3:07-cv-00375-ECR-VPC**

E. K. MCDANIEL, et al.,

     Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_**X**\_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the (#10) Amended Petition for Writ of Habeas Corpus is DENIED.


  January 23, 2008                                     **LANCE S. WILSON**
                                                      Clerk

                                                /s/ Kalani Lizares
                                                  Deputy Clerk